**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Pinnergy, Ltd. and LaDonta Sweatt

Appellate case number:    01-23-00022-CV

Trial court case number:    2022-45392

Trial court:                        80th District Court of Harris County

On January 13, 2023, relators, Pinnergy, Ltd. and LaDonta Sweatt, filed a petition for a writ of mandamus. In the mandamus petition, relators challenged the trial court's December 27, 2022 order denying the Motion to Dismiss for Forum Non-Conveniens filed by relator, Pinnergy, Ltd., and real party in interest Union Pacific Railroad Company.

On January 17, 2023, the Court requested a response from any real party in interest, due on or before February 6, 2023. On January 31, 2023, real parties in interest, Thomas Richards and Hunter Sinyard, filed a motion for extension of time to file a response to the mandamus petition, requesting that the deadline to file a response to the petition for writ of mandamus be extended to February 20, 2023.

The motion includes a certificate of conference stating that real parties in interest conferred with counsel for relators, and that relators do not oppose the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5).

The motion of real parties in interest is **granted**. The deadline for real parties in interest, Thomas Richards and Hunter Sinyard, to file their response to the petition for writ of mandamus is extended to **February 21, 2023**.[1]

---

[1]    As noted above, in their motion real parties in interest requested that the deadline to file their response to the petition for writ of mandamus be extended to February 20, 2023. However, February 20, 2023 is a State of Texas holiday in recognition of Presidents' Day, and the Court will be closed in accordance with the State of Texas holiday schedule. Accordingly, the extension granted in this order requires the response to be filed by the next day of Court operations, February 21, 2023.

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

☑ Acting individually      ☐ Acting for the Court

Date: ____February 7, 2023____